UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO.

_____

JASON McKINLEY,                                   Judge
        Plaintiff,                              Magistrate Judge

vs.

EQUIFAX INFORMATION
SERVICES, INC.; TRANS
UNION LLC; and BARCLAYS
BANK INC.;
        Defendants.

_____

### TRANS UNION, LLC'S NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the 4th Judicial District Court, Hennepin County, Minnesota, to the United States District Court, District of Minnesota, on the following grounds:

1.   Plaintiff Jason McKinley served Trans Union on or about September 16, 2020 with a Summons and Complaint to be filed in the 4th Judicial District Court, Hennepin County, Minnesota.  Copies of the Summons and Complaint are attached hereto, as **Exhibit A**, and **Exhibit B**.  No other process, pleadings or orders have been served on Trans Union.

2.   Attached hereto as **Exhibit C** is a copy of Trans Union, LLC's Notice of Filing Notice Of Removal With the United States District Court to be filed in Hennepin County District Court.

3. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 2, 7, 9-13, 19, 20, 26, 31, 39, 50, 27 [sic], 28 [sic] 22 [sic], 53 [sic], and 24 [sic].

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

5. As of the date of this Notice of Removal, Defendants Equifax Information Solutions, Inc. (Equifax), and Barclays Bank, Inc. (Barclays), have been served.  Counsel for Trans Union has contacted counsel for Equifax and Barclays, and they have consented to this removal as evidenced by consents attached hereto as **Exhibit D**, and **Exhibit E**, respectively.

6. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the 4th Judicial District Court, Hennepin County, Minnesota, to the United States District Court for the District of Minnesota.

7. Notice of this removal will promptly be filed with the 4th Judicial District Court, Hennepin County, Minnesota and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the 4th Judicial District Court, Hennepin County, Minnesota to this United States District Court, District of Minnesota.

Respectfully submitted,

Dated:  10/2/2020            *s/ Bradley D. Fisher*
                                              Bradley D. Fisher, Esq. (219356)
                                              Amy M. Sieben, Esq. (326021)
                                              Fisher Bren & Sheridan, LLP
                                              920 Second Avenue South, Suite 975
                                              Minneapolis, MN  55402-4011
                                              Office:  (612) 332-0100
                                              Fax:  (612) 332-9951
                                              E-Mail:  bfisher@fisherbren.com
                                                              asieben@fisherbren.com

*Counsel for Defendant Trans Union, LLC*