# EXHIBIT C

# TRANS UNION, LLC'S NOTICE OF FILING NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

_____

JASON McKINLEY,   Court File No.
       Plaintiff,

   vs.

EQUIFAX INFORMATION SERVICES, INC.; TRANS UNION LLC; and BARCLAYS BANK INC.;
       Defendants.

_____

### TRANS UNION, LLC'S NOTICE OF FILING NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

_____

Please take notice that Defendant Trans Union, LLC has filed the attached Notice of Removal with the Clerk of the United States District Court for the District of Minnesota.

Respectfully submitted,

Dated: 10/2/2020

*s/ Bradley D. Fisher*
Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
         asieben@fisherbren.com

*Counsel for Defendant Trans Union, LLC*