# EXHIBIT D

# CONSENT TO REMOVAL BY

# EQUIFAX INFORMATION SERVICES LLC

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CONSENT TO REMOVAL

Defendant Equifax Information Services LLC, incorrectly named as Equifax Information Services, Inc., acknowledges its consent to removal of *McKinley v. Equifax Info. Servs., Inc., Trans Union LLC, and Barclays Bank Inc.*, from the 4th Judicial District Court of Hennepin County, Minnesota to the United States District Court, District of Minnesota.

                                      Equifax Information Services LLC

Date: September 28, 2020          *s/ Esther McDonald (with consent)*
                                            *Representative for*
                                            *Equifax Information Services LLC*
                                            Seyfarth Shaw LLP
                                            1075 Peachtree Street N.E. Ste. 2500 Atlanta, GA 30309
                                            404-881-5425
                                            emcdonald@seyfarth.com