# EXHIBIT E

# CONSENT TO REMOVAL BY

# BARCLAYS BANK DELAWARE

## DEFENDANT BARCLAYS BANK DELAWARE
## CONSENT TO REMOVAL

Defendant Barclays Bank Delaware, incorrectly named as Barclays Bank, Inc., acknowledges its consent to removal of *McKinley v. Equifax Info. Servs., Inc., Trans Union LLC, and Barclays Bank Inc.*, from the 4th Judicial District Court of Hennepin County, Minnesota to the United States District Court, District of Minnesota.

Barclays Bank Delaware

*Chris Murphy (with consent)*
*Representative for Barclays Bank Delaware*
Holland & Knight, LLP
Christopher.Murphy@hklaw.com