UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. _____

_____

| | |
|---|---|
| JASON McKINLEY, | Judge |
| Plaintiff, | Magistrate Judge |
| vs. | |
| EQUIFAX INFORMATION SERVICES, INC.; TRANS UNION LLC; and BARCLAYS BANK INC., | |
| Defendants. | |

_____

### CERTIFICATE OF SERVICE
_____

I hereby certify that on **October 2, 2020**, I caused the following documents:

*CIVIL COVER SHEET*

*TRANS UNION, LLC'S NOTICE OF REMOVAL*

and the notice of electronic filing to be emailed to the following non-ECF participants:

| | |
|---|---|
| **for Plaintiff Jason McKinley**<br>David J.S. Madgett, Esq.<br>Madgett & Klein, PLLC<br>1161 East Wayzata Blvd., Suite 314<br>Wayzata, MN  55391 | |

Respectfully submitted,

Dated: 10/2/2020

*/s/ Bradley D. Fisher*
Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
         asieben@fisherbren.com

*Counsel for Defendant Trans Union, LLC*