UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 20-cv-02098-ECT-KMM

_____

JASON McKINLEY,           Judge Eric C. Tostrud
    Plaintiff,            Magistrate Judge Katherine M. Menendez

    vs.

EQUIFAX INFORMATION SERVICES, INC.; TRANS UNION LLC; and BARCLAYS BANK INC.;
    Defendants.

_____

### RULE 7.1 – CORPORATE DISCLOSURE STATEMENT
_____

Defendant Trans Union LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Trans Union LLC have a parent corporation?

   ☒ Yes       ☐ No

   If yes, the parent corporation is:

   TransUnion Intermediate Holdings, Inc. and TransUnion

2. Is 10% or more of the stock of Trans Union, LLC owned by a publicly held corporation?

   ☐ Yes       ☒ No

   If yes, identify all such owners:

TransUnion, LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-

traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Respectfully submitted,

Dated:  10/2/2020

*s/ Bradley D. Fisher*
Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
   asieben@fisherbren.com

*Counsel for Defendant Trans Union, LLC*