UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON MCKINLEY,<br><br>       Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, BARCLAYS BANK INC.,<br><br>       Defendants. | Case No. 0:20-cv-2098-ECT-KMM<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax, Inc., which is a publicly traded company on the NYSE. No other entity owns 10% or more of Equifax's stock.

**MESSERLI KRAMER P.A.**

Dated: October 9, 2020

 s/ *Lauren M. Hoglund*
Terrance J. Wagener (#213676)
Lauren M. Hoglund (#399562)
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN  55402-1217
Tel:  612.672.3600
twagener@messerlikramer.com
lhoglund@messerlikramer.com

**ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**