UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jason McKinley,  File No. 20-cv-2098 (ECT/KMM)

      Plaintiff,

v.

                                    **ORDER**

Equifax Information Services, Inc.,
Trans Union LLC, and Barclays Bank, Inc.,

      Defendants.

---

On October 14, 2021, plaintiff Jason McKinley and the remaining defendant in this action, Barclays Bank, Inc., filed a Stipulation of Dismissal, seeking dismissal with prejudice of the action. ECF No. 50. The Notice was signed by both McKinley's and Barclays' counsel. *See id*. All claims against defendant Trans Union LLC were dismissed by an order dated October 5, 2021, pursuant to a separate joint stipulation of dismissal, ECF No. 47; all claims against defendant Equifax Information Services, Inc., were dismissed by an order dated October 14, 2021, pursuant to a separate joint stipulation of dismissal, ECF No. 49.

Pursuant to the Stipulation for Dismissal with Prejudice [ECF No. 50] entered into by Plaintiff and Defendant Barclays Bank, **IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice in its entirety with each party to bear its own costs and attorney fees.

Dated:  October 15, 2021                   s/ Eric C. Tostrud
                                                               Eric C. Tostrud
                                                               United States District Court